**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1058**

_____

RONALD L. TUCK,

                    Plaintiff - Appellant,

          v.

MASONIC EASTERN STAR HOME OF N.C., d/b/a Whitestone
Retirement Community; LIFE CARE SERVICES LLC,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge.  (1:15-cv-00684-CCE-JLW)

_____

Submitted:  May 18, 2016              Decided:  May 20, 2016

_____

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronald L. Tuck, Appellant Pro Se.  Michael Douglas McKnight,
OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Raleigh, North
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald L. Tuck seeks to appeal the district court's order dismissing his civil action alleging employment discrimination. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on December 14, 2015. The notice of appeal was filed 31 days later, on January 14, 2016. Because Tuck failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2